UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STANTON Q. SHELTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:12-CV-434-JCH |
| CITY OF ST. LOUIS, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that the instant complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 4th day of May, 2012.

/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**